Opinion issued August 26, 2010.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00014-CV

———————————

222 N. 16TH
STREET, L.P.; 222 N. 16TH STREET, G.P., LLC; FRANK FULCO; AND DON EASTVELD
Appellants

V.

RICHARD GOFF, Appellee



 



 

On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Case No. 928316  

 



 



 

MEMORANDUM OPINION

          Appellants,
222 N. 16th Street, L.P.; 222 N. 16th Street G.P, LLC; Frank Fulco, and Don
Eastveld, and appellee, Richard Goff  have
filed a first amended agreed motion to dismiss the appeal as to all claims
between themselves.  No opinion has
issued.  Accordingly, we grant the motion and dismiss the appeal as to the claims between appellants, 222
N. 16th Street, L.P.; 222 N. 16th Street G.P. LLC; Frank Fulco, and Don Eastveld
and appellee, Richard Goff.  Tex. R. App. P. 42.1(a) (2).

          We
overrule all other pending motions in this appeal as moot.  The Clerk is directed to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Bland and Sharp .